**ORDERED.**

**Dated: July 20, 2009**

*signature*
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

---

1  Kathryn L. Johnson (#19150)
   Law Office of Kathryn L. Johnson, PLC
2  2 E. Congress Street, Suite 900
   Tucson, AZ 85701
3  (520) 743-2257; (520) 743-2231 facsimile
   Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Bankruptcy Case No. 4:08-bk-08897-EWH |
| BRENDA LEE DOUCETTE and CHARLES EARL DOUCETTE | Chapter 13 |
| | ORDER RE PROOF OF CLAIM NO. 2 |
| Debtors. | |

Debtors having filed an Objection to Proof of Claim No. 2 and Notice Thereon on June 24, 2009, and there being no additional documentation provided to the Debtors or the Court by Wells Fargo Home Mortgage, nor has Wells Fargo Home Mortgage requested a hearing on the Objection, and the time having expired to do so,

IT IS ORDERED that the Objection to Proof of Claim No. 2 is sustained, and the arrearages claim filed by Wells Fargo Home Mortgage is hereby disallowed.

DATED:_____                    _____
                                    United States Bankruptcy Judge